

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00089-CV

IN THE INTEREST OF J.H., A CHILD

§ On Appeal from the 231st District Court

§ of Tarrant County (231-414483-07)

§ June 3, 2021

§ Memorandum Opinion by Justice Walker

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker